STATE OF GEORGIA, COUNTY OF RICHMOND

I have this day served the within Affidavit and Summons upon the Tenant

_All others_

(A) By leaving true copies of the same with the Tenant personally at

_____ Richmond County, Georgia

(B) By delivering true copies of the same to a person sui juris residing at

_1432 Anthony Rd_

namely: _Michon Ross (Resident)_

(name, age, and relationship of person served to Tenant)

(C) After reasonable effort, no such person being found residing at the premises, and no person sui juris being found there, by tacking a copy of said summons and affidavit on the door of the premises, and on the same day of such tacking, enclosing, stamping, and mailing by first class mail a copy of said summons and affidavit to the Tenant at the last known address, namely:

(D) By leaving true copies of the same with an agent of the Tenant (corporation or partnership) at

_____
(address)

namely: _____
(name and office or position of the agent)

THIS _3_ DAY OF _Nov_, _2017_ AT _2:20_ O'CLOCK _P_ M.

_SD Walker_
DEPUTY MARSHAL

NO. 906692

MAGISTRATE COURT OF RICHMOND COUNTY, GEORGIA

AFFIDAVIT FOR DISPOSSESSORY WARRANT

Chattahoochee Shook Investment Group LLC
PO Box 580
Oakwood GA 30566

VS.

Michon Ross and All Others
1432 Anthony Road
Augusta GA 30906

Filed in office this NOV 01 2017 day of

_Pamela Long_
Deputy Clerk, Magistrate Court
Richmond County, Georgia

2017 NOV -1 PM 1:57

COPY

Exhibit 1

DISPOSSESSORY AFFIDAVIT

## MAGISTRATE COURT OF RICHMOND COUNTY, GEORGIA

BEFORE ME, The Subscriber, __Tina Carter__ ~~Deputy Clerk~~
Notary Public
~~of the Magistrate Court of Richmond County, Georgia,~~ comes __Jon Kotz__
who on oath, says:

That he / she / is (✓) agent for / ( ) attorney at law for __Christopher Woods Shoals Investment Group LLC__ the Landlord of real estate and improvements thereon designated under the present system of street numbering in Richmond County, Georgia as

__1432 Anthony Rd, Augusta, GA 30904__
and the Landlord herein.

That the Landlord rented said property to __Michon Ross And All Others__, as
Tenant is a Tenant at Sufferance
Tenant for the term of _____ which (has / has not) expired.

That the Tenant contracted to pay rent of $ _____ on the _____ day of each month in advance.

That there is now due for rental the sum of $ _____, which sum the Tenant fails to pay.

Landlord __Christopher Woods Shoals Investment Group LLC__ desires possession of said premises, and has demanded possession of same from Tenant but the Tenant refuses and neglects to surrender possession or to pay the rent.

WHEREFORE, Landlord makes this affidavit that a warrant and summons may issue against the Tenant as provided by law.

_____ AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME
This __25th__ day of __October__, 20__17__
[Notary seal: TINA R CARTER, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES JULY 17, 2020]

_____ ~~Deputy Clerk~~
Magistrate Court, Richmond County, Georgia
Notary Public

APPROVED:
__Pamela Lang__
DEPUTY CLERK OF COURT

LANDLORD

VS.                                                    SUMMONS TO TENANT

TENANT

### TO THE ABOVE-NAMED TENANT

YOU ARE HEREBY COMMANDED AND REQUIRED TO APPEAR at the MAGISTRATE COURT OF RICHMOND COUNTY, GEORGIA, 735 James Brown Blvd. Suite 1400, Augusta-Richmond County Judicial Center, Augusta, Georgia, to answer the within affidavit either orally or in writing on or before __Nov 13, 2017__. You may file with the Clerk of said Court, a written answer setting forth any legal of equitable defense or counterclaim which you may have to the Landlord's Affidavit, OR you may answer orally.

If you fail to answer by the above-mentioned date, the Court shall issue a writ of possession and a judgment by default against you for all rents due together with costs of court.

__Pamela Lang__
Deputy Clerk, Magistrate Court, Richmond County, Georgia